UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:19-cv-00276

———

**Marcus Dewayne Matlock,**
*Plaintiff,*
v.
**Judge Christi Kennedy et al.,**
*Defendants.*

———

Before BARKER, *District Judge*

———

## ORDER

Plaintiff, proceeding pro se, filed this civil rights lawsuit on June 17, 2019. Having conducted a proceeding in the form and manner prescribed by 28 U.S.C. §636(b)(1) and (3), United States Magistrate Judge K. Nicole Mitchell recommends that the lawsuit be administratively closed because it concerns the same subject matter as an ongoing criminal prosecution of plaintiff in state court. Doc. 43. Plaintiff received a copy of this report on June 26, 2020. Doc. 44. Plaintiff filed no objections to the report, and the court has identified no clear error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc). Accordingly, the report and recommendation of the magistrate judge (Doc. 43) is **adopted** as the opinion of the court.

It is therefore **ordered** that the above-styled civil action is administratively closed for administrative and statistical purposes and placed on an inactive docket, subject to reopening upon further order of the court. It is further **ordered** that plaintiff shall provide to the court status updates regarding his criminal case every 45 days until the case is reopened. Plaintiff is **ordered** to continue to make payments on the statutory filing fee assessed in the case.

When plaintiff's pending criminal charge has been finally disposed of, he may request that this civil lawsuit be reopened and placed on the court's active docket. The clerk of court is **directed** to accept no documents from plaintiff except for a motion to reopen, a status update, a motion to dismiss the lawsuit or one or more of the defendants, a notice of change of address, or an appeal of this order of administrative closure, together with such documents as may be pertinent to the appeal. Should plaintiff hire an attorney for this civil action, the attorney may file a notice of appearance. Any documents received from plaintiff not in compliance with this order shall be returned unfiled.

*So ordered by the court on July 23, 2020.*

J. CAMPBELL BARKER
United States District Judge

- 2 -